JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

1/22/2014

CENTRAL DISTRICT OF CALIFORNIA
BY: _____RGN_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LOFTON, <br><br> PLAINTIFF, <br><br> v. <br><br> ANTIOCH UNIVERSITY; DAVID HOUSER, and DOES 1-50, inclusive, <br><br> DEFENDANTS. | Case No. 2:13CV-6744-CAS(JCGx) <br><br> **[PROPOSED] ORDER RE STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** <br><br> Complaint Filed: August 15, 2013 <br> Removed on: September 13, 2013 <br><br> Judge: Hon. Christina A. Snyder <br> Magistrate: Hon. Jay C. Gandhi |

Case No. 2:13CV-6744-CAS(JCGx)
[PROPOSED] ORDER RE: STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE

1     Pursuant to the parties' "Stipulation of Dismissal of Action With Prejudice,"
2 and good cause appearing therefore, IT IS HEREBY ORDERED that the
3 settlement of Plaintiff's tenth claim pursuant to Labor Code Private Attorney
4 General Act of 2004 is approved, and the above-referenced action (including all
5 claims against Antioch University and David Houser) be and hereby is dismissed
6 in its entirety, with prejudice. Each party shall bear his or its own costs and
7 attorneys' fees.

8     IT IS SO ORDERED.

11 DATED: 1/22/2014  _____
12                                        The Hon. Christina A. Snyder
                                       Judge, United States District Court,
                                       Central District of California